**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ROBLOX CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE INDIVIDUALS, CORPORATIONS, ) <br> LIMITED LIABILITY COMPANIES, ) <br> PARTNERSHIPS AND UNINCORPORATED ) <br> ASSOCIATIONS IDENTIFIED ) <br> ON SCHEDULE A HERETO, ) <br> ) <br> Defendants. ) | Case No. 23-cv-7873 <br><br> Judge LaShonda A. Hunt |

## NOTICE OF CLAIMS INVOLVING TRADEMARK

Pursuant to 15 U.S.C §1116(c) and Local Rule 3.4, Plaintiff ROBLOX CORPORATION provides the following notice of claims involving trademark:

1. Names/Addresses of Litigants:

   Roblox Corporation
   970 Park Place
   San Mateo, CA 94403

   Defendants – unknown.

2. U.S. trademark registrations upon which suit has been brought:

   **U.S. Reg. No. 6,200,694**
   Mark: ROBLOX
   Goods: Int'l. Class 9. Downloadable fiction electronic books on a variety of topics; downloadable non-fiction electronic books on a variety of topics.

   Int'l. Class 16. Printed fiction books on a variety of topics; printed non-fiction books on a variety of topics.

   Int'l. Class 25. T-shirts; women's clothing, namely, shirts; sweatshirts.

**U.S. Reg. No. 5,460,112**
Mark: BLOXY
Goods: Int'l. Class 41. Entertainment services, namely, providing a website featuring photographic, audio, video and prose presentations featuring information in the fields of computer software programming, computer software development, interactive online game play, music, art and clothing; entertainment services, namely, providing webcasts in the fields of computer software programming, computer software development, interactive online game play, music, art and clothing; entertainment services, namely, providing recognition by the way of awards and contests to demonstrate excellence in the fields of computer software programming, computer software development, interactive online game play, music, art and clothing.

**U.S. Reg. No. 5,292,052**
Mark: POWERING IMAGINATION
Goods: Int'l. Class 9. Video games software; computer software for interactive games.

Int'l. Class 35. On-line retail store services featuring clothing and clothing accessories.

Int'l. Class 41. Entertainment services, namely, providing a non-downloadable interactive game via electronic and optical communications networks.

Respectfully submitted,

Dated: September 11, 2023

By:  s/Michael A. Hierl_____
Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
Robert P. McMurray (Bar No. 6324332)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
(312) 580-1994 Facsimile
mhierl@hsplegal.com

Attorneys for Plaintiff
Roblox Corporation

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Plaintiff's Notice of Claims Involving Trademarks was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on September 11, 2023.

                                                s/Michael A. Hierl