UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division

Roblox Corporation

　　　　　　　　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　Case No.:
　　　　　　　　　　　　　　　　　　　　　　　1:23−cv−07873
　　　　　　　　　　　　　　　　　　　　　　　Honorable
　　　　　　　　　　　　　　　　　　　　　　　LaShonda A. Hunt

The Individuals, Corporations, Limited Liability
Companies, Partnerships, and Unincorporated
Associations Identified on Schedule A Hereto, et al.

　　　　　　　　　　　　　　　　　　　　　　　Defendant.


# NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, November 6, 2023:


　　　MINUTE entry before the Honorable LaShonda A. Hunt: Plaintiff's *Ex Parte* Motion for Entry of a Temporary Restraining Order, Including a Temporary Injunction, a Temporary Asset Restraint, Expedited Discovery, and Service of Process by Email and/or Electronic Publication [10] is granted. Plaintiff's written submissions establish that if Defendants were informed of this proceeding before a TRO could issue, assets would likely be redirected, defeating Plaintiff's interests in identifying Defendants, stopping the infringement, and obtaining an accounting. The Court finds that (1) the submitted evidence establishes a likelihood of success on the merits (including evidence of active infringement and sales into Illinois); (2) the harm to Plaintiff is irreparable and cannot be fully compensated by money damages; (3) an injunction is in the public interest because of the consumer confusion caused by counterfeit goods and infringement interferes with Plaintiff#039;s ability to control its intellectual property; and (4) there is no countervailing harm to Defendants from an order directing them to stop infringement. Electronic service of process does not violate any treaty and is consistent with due process because it is an effective way to communicate with these online marketplace Defendants. Expedited discovery is warranted to identify Defendants and implement the asset freeze. If any Defendant were to appear and object, the Court will revisit the asset freeze, joinder, and personal jurisdiction. A $10,000 bond is sufficient to secure the injunctive relief. Enter Sealed Temporary Restraining Order. Emailed notice. (cdh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.