# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Roblox Corporation

                                        Plaintiff,

v.                                                                      Case No.: 1:23−cv−07873

                                                                       Honorable LaShonda A. Hunt

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 23, 2024:

      MINUTE entry before the Honorable LaShonda A. Hunt: No remaining Defendant has responded to Plaintiff's motion for entry of default judgment. Accordingly, the motion [47] is granted. Based on the evidence previously submitted by Plaintiff and the admission of liability by virtue of the default, Plaintiff has established that a permanent injunction should be entered. The infringement of Plaintiff's marks irreparably harms Plaintiff and confuses the public. Because this infringement was willful and considering the value of Plaintiff's brand as well as the need to deter infringement that is easily committed and difficult to stop, the Court concludes that $25,000 is an appropriate award of statutory damages against each remaining defendant. Enter Default Final Judgment Order. Civil case terminated. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.